UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TROY E. WIGLEY,                          §
Institutional ID No. 00437586            §
SID No. 03743435                         §
                                         §
                            Plaintiff,   §
                                         §
v.                                       §    CIVIL ACTION NO.  5:23-CV-00189-C
                                         §
TEXAS DEPARTMENT OF CRIMINAL             §
JUSTICE – INST. DIVISION, *et al.*,      §
                                         §
                           Defendants.   §

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and

decreed that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C.

§ 1915(g).

Dated January 22, 2024.

_____
SAM R. CUMMINGS
United States District Judge